**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANDREW TRAMBLE,

        Petitioner,                            Case Number: 2:07-CV-12214

v.                                              HON. NANCY G. EDMUNDS

RICK V. VECAH,

        Respondent.
        _____/

**OPINION AND ORDER TRANSFERRING PETITION FOR WRIT OF
HABEAS CORPUS TO UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Petitioner Andrew Tramble, currently confined at FCI-Terre Haute in Terre Haute, Indiana, has filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. In a jury trial, Petitioner was determined to be an armed career criminal and has a projected release date of July 31, 2019.

Claims asserted by federal prisoners under 28 U.S.C. § 2241 shall be filed in the court having jurisdiction over the prisoner's custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *Charles v. Chandler*, 180 F.3d 753, 756-57 (6th Cir. 1999). Petitioner is incarcerated in Terre Haute, Indiana. Thus, the Court shall transfer the Petitioner to the Court having jurisdiction over Petitioner's custodian, the United States District Court for the Southern District of Indiana.

Accordingly, **IT IS ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 12, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 12, 2007, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager